<div style="header">Case 5:12-cv-00045-LGW-JEG   Document 20   Filed 10/22/12   Page 1 of 2</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DWIGHT L. ALLEN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV512-045 |
| DARRELL HART; Deputy Warden HOLDEN; Lt. STEEDLY; and Counselor PIETRI, | : |
| Defendants. | : |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff sets forth general assertions, which he alleges show he was in imminent danger of serious physical injury at the time he filed his Complaint. Specifically, Plaintiff contends that Defendant Steedly referred to him as being the "best snitch" in the presence of other inmates. Despite Plaintiff's attempts to do so, he has failed to show that, even if his assertions are true, he was in imminent danger of any serious physical injury on or around the time he filed his Complaint on June 6, 2012.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with this cause of action,

he may do so by resubmitting his Complaint along with the full filing fee. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of October, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA